JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0393 CRB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME BETWEEN |
| v. ) | MAY 19, 2010 AND JUNE 2, 2010 FROM |
| ) | CALCULATIONS UNDER THE SPEEDY |
| ONYEA NWAONUMAH, ) | TRIAL ACT (18 U.S.C. § 3161) |
| ) | |
| ) | |
| Defendant. ) | |

     The defendant, Onyea Nwaonumah, represented by Steven Kalar, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before this Court on May 19, 2010 for an arraignment on the Indictment. This matter was set for an initial appearance before the Honorable Charles R. Breyer on June 2, 2010.

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0393 CRB

The parties agreed that time be excluded under the Speedy Trial Act between May 19, 2010 and June 2, 2010 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 28, 2010          /s/
                             CYNTHIA M. FREY
                             Assistant United States Attorney

DATED: May 28, 2010          /s/
                             STEVEN KALAR
                             Attorney for ONYEA NWAONUMAH

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0393 CRB                          2

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 19, 2010 and June 2, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 19, 2010 and June 2, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between May 19, 2010 and June 2, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 06/02/10

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0393 CRB                                              3